# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

**CASE NO.: CV-08-7498-R**                                         **DATE: SEPT. 16, 2009**

**TITLE: GREAT AMERICAN INSURANCE CO -V- JEAN STANLEY INC et al**
================================================================
**PRESENT:**

<u>**HON. MANUEL L. REAL, JUDGE**</u>

<u>William Horrell</u>                                                <u>   N/A   </u>
**Deputy Clerk**                                                **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANT:**

Not present                                                              Not present

**PROCEEDINGS: ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

THIS MATTER IS SET ON CALENDAR ON SEPTEMBER 28, 2009 AT 11:00 A.M. FOR HEARING ON AN ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION, FOR FAILURE OF THE PLAINTIFF AND ANSWERING PARTIES TO FILE A JOINT REPORT OF EARLY MEETING OF COUNSEL, AND FOR FAILURE OF PLAINTIFF TO MOVE FOR DEFAULT JUDGMENT OF DEFAULTED DEFENDANTS.  ATTENDANCE AT THE HEARING IS MANDATORY; FAILURE TO APPEAR WILL RESULT IN DISMISSAL OF THE ACTION.

cc: counsel of record

**MINUTES FORM II**                                                **Initials of Deputy Clerk __WH__**
**CIVIL - GEN**                                  D-M